Brandon S. Reif (SBN 214706)
David Maurer (SBN 111147)
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile: 310.836.4801

Attorneys for Defendants
DIRECT INVEST LLC and DIRECT INVEST MANAGER LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINRICH P. HARDT, ARACELI HARDT, individually and as Trustee of the HARDT Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT INVEST LLC, a Delaware Limited Liability Company, DIRECT INVEST MANAGER LLC, a Delaware Limited Liability Company, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:11-CIV-01191-L-WVG<br><br>**DECLARATION OF JEFFREY C. CLARY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITATION AND REQUEST TO STAY PROCEEDINGS**<br><br>DATE: September 19, 2011<br>TIME: 10:30 am<br>CRTM: 14<br>JUDGE: Hon. M. James Lorenz |

I, JEFFREY C. CLARY, declare that:

1. I am a Principal and General Counsel of defendants, Direct Invest LLC ("Direct Invest") and Direct Invest Manager LLC ("Direct Manager") (collectively "Defendants"). I submit this declaration in support of Defendants' Motion to Compel Arbitration and Request to Stay Proceedings (the "Motion"). I have personal knowledge of the following facts and could competently testify to those facts if called upon to do so.

2. Direct Invest is an independent national real estate investment and asset management company specializing in office and industrial properties with a geographic focus in the Mid-Atlantic and New England Regions. Defendants are both Delaware LLCs (limited liability companies) with their principal place of business in Boston, Massachusetts and other offices in Baltimore, Maryland and Norfolk, Virginia.

3. Defendants sell interests in real estate across the country to customers who reside across the country. Given the nationwide scope of our companies' operations, our companies chose to limit the forums in which we are potentially subject to arbitration by our customers. New York City was chosen because of its proximity to our companies' primary geographic location in our Eastern United States offices.

5. A true and correct copy of the Braintree Purchase Agreement is attached hereto as Exhibit 1.

6. A true and correct copy of the Heron Cove Purchase Agreement is attached hereto as Exhibit 2.

7. A true and correct copy of Plaintiffs' Purchaser Questionnaire for Heron Cove is attached hereto as Exhibit 3.

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Executed in Armonk, New York on June 21, 2011

JEFFREY C. CLARY