Brian D. Miller [SBN: 117262]
Brad A. Milove [SBN: 191722]
MILLER & MILOVE
750 "B" Street, Suite 1880
San Diego, California 92101
Telephone: (619) 696-5200
Facsimile: (619) 696-5393

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINRICH P. HARDT, ARACELI HARDT, individually and as Trustees of the HARDT Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT INVEST LLC, a Delaware Limited Liability Company, DIRECT INVEST MANAGER LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Case No.: 3:11-CV-01191 - L - (WVG)<br><br>DECLARATION OF HEINRICH P. HARDT IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>DATE: September 19, 2011<br>TIME: 10:30 a.m.<br>CRTM: 14<br>JUDGE: Hon. M. James Lorenz |

I, Heinrich P. Hardt, declare from my own personal knowledge as follows:

1. I, along with my wife Araceli, am a Plaintiff in this action which was filed in the Superior Court for the State of California, in the city of San Diego. Both my wife and I are long time residents of San Diego County. My wife Araceli and I are both 75 years of age.

2. We oppose Defendants' Motion to Compel arbitration in the City of New York. We also oppose enforcement of an arbitration clause that gives Defendants the right to select an arbitrator from a short list picked by Defendants. Compelling arbitration in New York would be unconscionable (1) due to the lack of adequate notice that claims in connection with the investment offerings would have to be brought in New York before one of a few arbitrators selected by Defendants; (2) the lack of any nexus between New York and this dispute; (3) the public policy

which permits California residents to bring California securities misrepresentation claims in California; and (4) the physical and financial hardship of bringing this case in New York.

3.  This action arises from two (2) Direct Invest investments sold to us by a San Diego based securities representative of LPL Financial. I am a retired Engineer and retired long ago due to a disability. My wife and I had made our living primarily from income apartments in the San Diego area which we owned and operated. Due to our age we decided to sell the apartments which became more difficult to manage. The two (2) investments which are the subject of this case were sold to us on the basis that we could roll the proceeds from the apartments into these investments which would provide us replacement income and we would not have any responsibility for managing the investments.

4.  My wife and I were unaware that at the time of the investments, in late 2007 and early 2008, that any claim in connection with the investments would have to be brought in New York before one of a few arbitrators selected by Defendant Direct Invest Manager LLC. I am directing my counsel to submit the two (2) offering memorandums provided to us in connection with these investments entitled CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM for the Direct Invest – Heron Cove, LLC and Direct Invest – Braintree Park, LLC which I provided to them. As the Court will see, the arbitration clause which Defendants seek to enforce is not discussed within the Offering Memorandums by which these investments were sold.

5.  The Purchase Agreements and other investor documentation which was signed in connection with these investments were all on pre-printed forms presented for our signature. We did not participate in the preparation of the Purchase Agreements which were presented for our signatures only.

6.  The two (2) investments were offered to my wife and I on a take it or leave it basis. No modification(s) were made to any agreements presented for our signatures.

7.  I know of no relationship between New York and this dispute. The investments were sold to us in San Diego although we did travel to Massachusetts and New Hampshire, where the properties which are the subject of the investments are located.

///

MILLER & MILOVE
Symphony Towers
750 "B" Street, Suite 1880
San Diego, California 92101
Ph: (619) 696-5200/Fax: (619) 696-5393

8.   If we are required to proceed with this case in New York, we will incur substantial and unnecessary hardship in presenting our case in a distant forum with no nexus to this dispute. My wife and I have never been residents of New York and have no investments in New York. Under the circumstances, Defendants' attempt to prevent us from bringing our claims based upon California law in California are unjust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___31___ day of August, 2011 at _LLANES, ASTURIAS_ Spain.

_____Heinrich P. Hardt, Trustee_____
Heinrich P. Hardt