1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEINRICH P. HARDT, *et al.*, | ) | Civil No. 11-cv-1191-L(WVG) |
| | ) | |
| Plaintiffs, | ) | **ORDER DISMISSING CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECT INVEST LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 7, 2013, this Court issued an order denying Plaintiffs' motion to certify interlocutory appeal.  Order Denying Pls.' Mot., ECF No. 24.  On May 27, 2014, after more than a year of inactivity, the parties were ordered to submit a joint status report on the case, and to explain why the case should not be dismissed for want of prosecution, pursuant to Civil Local Rule 41.1.  Rule 41 Order, ECF No. 25.  The parties could not agree on the format of their joint motion, and submitted separate status reports on June 9, 2014.  Pls.' Status Report, ECF No. 26; Defs.' Status Report, ECF No. 27.

In these reports, Defendants suggest that the case be dismissed, and Plaintiffs give no reasoning as to why the case should not be dismissed.  Therefore, the Court **DISMISSES** this case **WITHOUT PREJUDICE** for want of prosecution.  CivLR 41.1.  The Clerk shall close the

1  case.

2      **IT IS SO ORDERED.**

3  DATED: October 9, 2014

4  _____
   M. James Lorenz
5  United States District Court Judge

11cv1191